■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN JAMES, Appellant. [33 NYS3d 698]—Judgment, Supreme Court, Bronx County (John S. Moore, J., at plea; Albert Lorenzo, J., at sentencing), rendered February 6, 2014 convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of 2½ years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Friedman, Richter, Kapnick and Gesmer, JJ.